# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melanie Haswood, et al., | No. CV-14-00253-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| American Polygraph Association, et al., | |
| Defendants. | |

**IT IS ORDERED** granting Defendants American Polygraph Association, Barry Cushman, Charles Slupski, Pam Shaw, George Baranowski, Robert Peters, Walt Goodson, Jamie McCloughan, Raymond Nelson, Mike Goughler, Vickie T. Murphy-Carr, Chad Russell, Donald Krapohl and Donnie Dutton's ("APA Defendants") Motion for Extension of Time (Doc. 43). APA Defendants shall have to and including **September 2, 2014** in which to respond to Plaintiffs' Complaint.

Dated this 4th day of August, 2014.

_____
G. Murray Snow
United States District Judge